AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:18-cv-14065-SFC-SDD

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[X] Other: *(specify):* I served the Summons and Complaint on Illinois Corporation service on behalf of Conduent Payment Integrity Solutions via Certified mail, return receipt requested on 1/7/19

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 1/14/19

*Jamie L. Basel*
Server's Signature

Jamie Basel - Legal Assistant
Printed Name and Title

24901 Northwestern Hwy, Ste 700 Southfield, MI 48075
Server's address

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Ashley Valle,

*Plaintiff,*

v.

Case No. 2:18-cv-14065-SFC-SDD
Hon. Sean F. Cox

Carefirst of Maryland, Inc., et al.,

*Defendant.*

_____

## SUMMONS IN A CIVIL ACTION

To: Conduent Payment Integrity Solutions

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Lewis A. Melfi
        24901 Northwestern Highway
        Ste. 700
        Southfield, MI
        48075

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ D. Peruski
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: December 27, 2018

